```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHRISTINA DEANNE ALEXANDER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-0463 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| CHRISTINA DEANNE ALEXANDER, et al., | ) | Date: December 7, 2007 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) | |

_____

It is hereby stipulated and agreed to between the United States of America through Russell L. Carlberg (by John Vincent), Assistant United States Attorney, CHRISTINA DEANNE ALEXANDER, by and through her counsel Matthew C. Bockmon, Assistant Federal Defender, and STEVEN CHRISTOPHER FLOCK, by and through his counsel Dina Lee Santos, that the status conference presently scheduled for November 30, 2007, be vacated and rescheduled for status conference on December 7, 2007, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from November 30, 2007,

1 through and including December 7, 2007, be excluded in computing the
2 time within which trial must commence under the Speedy Trial Act,
3 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4 continuity and preparation of counsel.
5 Dated: November 29, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CHRISTINA DEANNE ALEXANDER


/s/ Matthew C. Bockmon for
_____
DINA LEE SANTOS
Attorney for Defendant
STEVEN CHRISTOPHER FLOCK

Dated: November 29, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
RUSSELL L. CARLBERG
Assistant U.S. Attorney
per telephonic authority
(of John Vincent)

**O R D E R**

IT IS SO ORDERED.

Dated: November 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2