```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CHRISTINA DEANNE ALEXANDER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0463 GEB |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) CHRISTINA DEANNE ALEXANDER, ) et al., ) ) Defendants. ) ) | Date: January 25, 2008 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Russell L. Carlberg, Assistant United States Attorney, CHRISTINA DEANNE ALEXANDER, by and through her counsel Matthew C. Bockmon, Assistant Federal Defender, and STEVEN CHRISTOPHER FLOCK, by and through his counsel Dina Lee Santos, that the status conference presently scheduled for December 7, 2007, be vacated and rescheduled for status conference on January 25, 2008, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from December 7, 2007,

1 through and including January 25, 2008, be excluded in computing the
2 time within which trial must commence under the Speedy Trial Act,
3 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4 continuity and preparation of counsel.
5 Dated: December 4, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CHRISTINA DEANNE ALEXANDER


/s/ Matthew C. Bockmon for
_____
DINA LEE SANTOS
Attorney for Defendant
STEVEN CHRISTOPHER FLOCK

Dated: December 4, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
RUSSELL L. CARLBERG
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  December 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                   2