1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     )  No. 2:07-cr-00463-MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER VACATING
13      v.                       )  DATE, CONTINUING CASE, AND
                                 )  EXCLUDING TIME
14 STEVEN FLOCK,                 )
                Defendant.       )
15                               )  Date   February 17, 2011
   _____)  Time:  9:00 a.m.
16                               )  Judge: Hon. England

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant STEVEN FLOCK, that the status conference

21 scheduled for February 3, 2011 be vacated and the matter be continued

22 to this Court's criminal calendar on February 17, 2010,at 9:00 a.m. to

23 admit or deny the allegations in the petition and for disposition.

24      This continuance is requested by the defense in order to permit

25 counsel to continue in negotiations with the prosecution and probation

26 department in attempt to reach a resolution. Defense counsel has been

27 working closely with probation to secure a place for Mr. Flock in a

28 rehabilitation facility.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3    3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4    ends of justice served in granting the continuance and allowing the

5    defendant further time to prepare outweigh the best interests of the

6    public and the defendant in a speedy trial.

7    The Court is advised that all counsel have conferred about this

8    request, that they have agreed to the February 17, 2011 date, and that

9    all counsel have authorized Ms. Santos to sign this stipulation on

10   their behalf.

11   **IT IS SO STIPULATED.**

12   Dated: February 1, 2011           /S/ Dina L. Santos

13                                     DINA L. SANTOS
                                       Attorney for
14                                     Steven Flock

15   Dated: February 1, 2011           /S/ Jared Dolan

16                                     JARED DOLAN
                                       Assistant United States Attorney
17                                     Attorney for Plaintiff

18   **IT IS SO ORDERED.**

19

20

21   Dated: February 2, 2011

22

23

24   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation and Order              2