UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00463-02 |
| Plaintiff, | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| v. | |
| STEVEN FLOCK, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release STEVEN FLOCK, Case No. 2:07-cr-00463-02, from custody for the following reasons:

| | |
|---|---|
| _X_ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| _X_ | (Other): |

1.  Defendant is released from custody today, February 17, 2011, and is ordered to appear on, February 24, 2011, at 9:00 a.m., in Courtroom 7 for a Revocation Hearing if he is not accepted into the Delancey Street Foundation treatment program located at 600 Embarcadero, San Francisco, California, 94107.

Issued at Sacramento, California on February 17, 2010 at 9:51 a.m.

Dated: February 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE